UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TONYA D.,[1] | : |
| Plaintiff, | : Case No. 2:23-cv-2215 |
| v. | : Chief Judge Algenon L. Marbley |
| COMMISSIONER OF SOCIAL SECURITY, | : Magistrate Judge Stephanie K. Bowman |
| Defendant. | : |

## ORDER

On July 11, 2023, Plaintiff filed a Complaint against the Commissioner of Social Security, alleging that the Administrative Law Judge ("ALJ") erred in determining that she is not disabled under the Social Security Regulations. (ECF No. 1). On July 30, 2024, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that this Court find that the ALJ's decision was supported by substantial evidence. (ECF No. 13). Plaintiff was advised of her right to object to the R&R within fourteen days and of the rights she would waive by failing to do so. (*Id.*).

This Court has reviewed the R&R. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** the R&R (ECF No. 13) and **CLOSES** this case.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 19, 2024

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials. See General Order 22-01.